

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 16, 2021

VIA ECF
Hon. Jesse M. Furman
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

   Re:   *Garcia v. Decker et al.,* No. 21 Civ. 1209 (JMF)

Dear Judge Furman:

   This Office represents the government in the above-referenced habeas corpus action. As required by the Court's Notice of Conference, the parties have conferred in advance of the conference currently scheduled for February 18, 2021. *See* ECF No. 2. Petitioner's counsel has informed the government that he intends to file a motion for a preliminary injunction today. On behalf of both parties, the government write to respectfully request the Court adjourn the February 18, 2021 conference and endorse the agreed-upon briefing schedule.

- Government's joint opposition to the habeas petition and the preliminary injunction – February 26, 2021
- Petitioner's reply – March 1, 2021.

   Petitioner's counsel respectfully requests that the Court schedule oral argument for the week of March 1, 2021 after briefing is completed. The government takes no position on the petitioner's request for oral argument.

   I thank the Court for its consideration of this request.

Application GRANTED. The conference
currently scheduled for Feburary 18, 2021 is
ADJOURNED to **March 4, 2021** at **2:00 p.m.**
The Clerk of Court is directed to terminate ECF
No. 3. SO ORDERED.

February 16, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   *s/ Rebecca R. Friedman*
      Rebecca Friedman
      Assistant United States Attorney
      Telephone: (212) 637-2614
      Facsimile: (212) 637-2686
      E-mail: rebecca.friedman@usdoj.gov

cc: Counsel of record (via ECF)